## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-53-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JORDAN JAMES LAMOTT, | |
| Defendant. | |

Defendant has moved for an early termination of his supervised release. The Court conducted a hearing on the motion on April 30, 2018.

Defendant was guilty of strangulation following a jury trial. The Court sentenced the Defendant on January 6, 2015, to a term of custody of 32 months, followed by three years of supervised release. (Doc. 61). Defendant began his term of supervised release on November 2, 2016. (Doc. 91 at 2). Defendant has been on supervised release for over 17 months.

The record reflects that Defendant has complied with his supervised release conditions. (Doc. 91 at 2). Defendant has maintained full time employment while on supervised release. *Id.* Defendant has established a support system and a positive living environment. *Id.* Defendant has rebuilt his relationship with his family. *Id.* Defendant has a established a network of sober friends. *Id.* Defendant does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1.     Defendant's Motion for Early Termination of Supervised Release (Doc. 90) is GRANTED.

2.     Defendant is DISCHARGED from supervised release.

DATED this 30th day of April, 2018.


_____
Brian Morris
United States District Court Judge